# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL TURNER

NO. 2024 KW 0421

**JULY 29, 2024**

---

In Re: Michael Turner, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-93-0388.

---

**BEFORE: CHUTZ, GREENE, AND STROMBERG, JJ.**

**WRIT DENIED.**

**WRC**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT